# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED WHOLESALE LLC, IBRAHIM EIDEH, ISAACWHOLESALE, SUNNYSIDE CORPORATION, and JOHN DOES 1 – 50, <br><br> Defendants. | Civil Action No.: _____ <br><br><br><br> August 16, 2018 |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff respectfully moves pursuant to Local Rule 5(e)(4)(a) that the Court seal portions of Plaintiff's Verified Complaint, Memorandum of Law in Support of Its Application for Emergency Temporary Restraining Order and Preliminary Injunction, Declaration of Charles Robbins, and Declaration of Investigator, and permit Plaintiff to file versions of the Verified Complaint, Memorandum of Law in Support of Its Application for Emergency Temporary Restraining Order and Preliminary Injunction, Declaration of Charles Robbins, and Declaration of Investigator with minor redactions. The documents to be sealed and filed in minimally redacted form are narrowly tailored to protect Plaintiff's confidential business information as well as the identity of the private investigator at work on this case (which, though potentially relevant to the parties involved, should not be released to the public). Protection of these classes of information has in past been considered a sufficiently clear and compelling reason to grant a motion to seal. *See Grayson v. Gen. Elec. Co.*, No. 3:13CV1799 (WWE), 2017 WL 923907 (D.

Conn. Mar. 7, 2017) (stating that "categories commonly sealed are those containing trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like," and granting in part motions to seal such information, including "internal investigations"); *Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485 (S.D.N.Y. 2015) (maintaining under seal confidential business information including "investigation information"); *Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, No. 3:11-CV-1209 CSH, 2013 WL 4012772 (D. Conn. Aug. 5, 2013) (granting motions to seal for "confidential proprietary information, documents and client data," etc., and for information protecting non-parties privacy interests); *United States v. Ferguson*, No. 3:06CR137CFD, 2008 WL 113654 (D. Conn. Jan. 5, 2008) (granting in part motions to seal confidential business information that, if made public, could cause "undue harm to the businesses involved").

      WHEREFORE, Plaintiff respectfully requests that the Court grant the relief requested herein.

Respectfully submitted,

By:/s/ Robert M. Langer
Robert M. Langer (ct06305)
Matthew Brown (ct28331)
**WIGGIN AND DANA LLP**
20 Church Street
Hartford, CT 06103-3402
Tel.: 860.297.3724
Fax.: 860.525.9380
(rlanger@wiggin.com)
(mbrown@wiggin.com)


Dennies Varughese, Pharm.D. (*pro hac vice pending*)
Monica Riva Talley (*pro hac vice pending*)
Joshua I. Miller (*pro hac vice pending*)
Dana N. Justus (*pro hac vice pending*)
Charles T. Wysocki (*pro hac vice pending*)
STERNE KESSLER GOLDSTEIN & FOX, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
Tel.: 202.371.2600
Fax: 202.371.2540

*Attorneys for Plaintiffs Juul Labs, Inc*

**CERTIFICATE OF SERVICE**

This is to certify that on August 16, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Robert Langer*
                                                Robert Langer